**McGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**MUNGER TOLLES & OLSON LLP**
David H. Fry
frydh@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415.512.4082
Facsimile: 415.699.6982

*Attorneys for Defendants*
*Wells Fargo & Company and Wells Fargo Bank N.A.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNST VALERY, on Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: 3:20-cv-08874-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Vince G. Chhabria |

This Stipulation is made by and between Plaintiff Ernst Valery ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company ("Defendants"), as follows:

WHEREAS, Defendants were served with the summons and Complaint in this action on or about December 18, 2020;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants had twenty-one days from the date of service of the Complaint to answer or otherwise respond to the Complaint (i.e., by January 8, 2021);

WHEREAS, on January 6, 2021, the Parties stipulated to extend the deadline for Defendants to answer or otherwise respond from January 8, 2021 to February 8, 2021;

WHEREAS, on February 8, 2021, the Parties agreed to further extend the deadline to answer or otherwise respond from February 8, 2021 to March 1, 2021 as they continued discussions to explore early resolution;

WHEREAS, Defendants have not yet answered or otherwise responded to the Complaint;

WHEREAS, Plaintiff and Defendants agree it would preserve judicial resources and maximize efficiencies to conduct a mediation prior to Defendants' responding to the Complaint and the Court holding an Initial Case Management Conference;

WHEREAS, the Parties have agreed to further extend the deadline for Defendants to answer or otherwise respond to the Complaint from March 1, 2021 to April 1, 2021 in order to attend mediation;

WHEREAS, the Court has scheduled an Initial Case Management Conference for March 16, 2021 at 2 p.m.;

WHEREAS, the Parties request the Initial Case Management Conference be continued until April 13, 2021 at 2 p.m.;

WHEREAS, extending these deadlines will not result in prejudice to any party or the Court;

WHEREAS, pursuant to Civil Local Rule 6-2, the Parties to an action may stipulate to extend the deadline to respond to a Complaint with Court approval.

**STIPULATION**

WHEREFORE, the Parties hereby stipulate and agree to the following:

1. Defendants' deadline to respond to Plaintiff's Complaint is extended to April 1, 2021.

2. The Initial Case Management Conference is continued until April 13, 2021.

3. The deadline for Defendants to respond to the Complaint and the Initial Case Management Conference are the only currently scheduled events by the Court.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all Parties.

**IT IS SO STIPULATED.**

DATED: February 22, 2021    **MCGUIREWOODS LLP**

By: */s/ Alicia A. Baiardo*
    David C. Powell
    Alicia A. Baiardo

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank NA.*

DATED: February 22, 2021    **MUNGER TOLLES & OLSON LLP**

By: */s/ David H. Fry*
    David H. Fry

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank NA.*

DATED: February 22, 2021    **BECK AND LEE TRIAL LAWYERS**

By: */s/ Elizaeth Lee Beck*
    Jared H. Beck
    Elizabeth Lee Beck
    Victor Arca

*Attorneys for Plaintiff Ernst Valery*

## ATTESTATION

In compliance with CAND ECF Policies and Procedures regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

DATED:  February 22, 2021          **MCGUIREWOODS LLP**

By: */s/ Alicia A. Baiardo*
    David C. Powell
    Alicia A. Baiardo

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank NA.*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** the foregoing Stipulation of the Parties is hereby adopted. The Court orders as follows:

1. Defendants' deadline to respond to Plaintiff's Complaint is extended to April 1, 2021.

2. The Initial Case Management Conference is continued until April 13, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Date: _____                                    _____
                                                        Hon. Vince Chhabria
                                                        United States District Judge

**CERTIFICATE OF SERVICE**

I, Alicia A. Baiardo, certify that on February 22, 2021, the foregoing document **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

                */s/ Alicia A. Baiardo*
                Alicia A. Baiardo