**McGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**MUNGER TOLLES & OLSON LLP**
David H. Fry
frydh@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415.512.4082
Facsimile: 415.699.6982

*Attorneys for Defendants*
*Wells Fargo & Company and Wells Fargo Bank N.A.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNST VALERY, on Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: 3:20-cv-08874-VC<br><br>**DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Vince G. Chhabria |

I, Alicia A. Baiardo, declare as follows:

1. I am an attorney duly admitted to practice before this Court.  I am partner with McGuireWoods, LLP, counsel for defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively "Defendants").  I am over the age of 18.  If called as a witness, I could and would competently testify to all facts within my personal knowledge and based upon my review of the file materials within the firm, except where indicated on information and belief.

2. Plaintiff Ernst Valery ("Plaintiff") and Defendants have stipulated to extend the deadline to answer or otherwise respond to the complaint from March 1, 2021 to April 1, 2021. Additional time is necessary to allow all the parties to attend mediation and attempt to resolve the issues, prior to responding to the Complaint, and avoid unnecessary motion practice.

3. The parties previously stipulated pursuant to Local Rule 6-1 to an extension of time for Defendants to answer or otherwise respond to the Complaint from January 8, 2021 to February 8, 2021.

4. The parties also previously stipulated pursuant to Local Rule 6-1 to a further extension of time for Defendants to answer or otherwise respond to the Complaint from February 8, 2021 to March 1, 2021 while they discussed the potential for resolution.

5. The parties have agreed to attend mediation, and would like to continue the upcoming deadlines to conserve judicial resources and maximize efficiencies.

6. The Court scheduled an Initial Case Management Conference for March 16, 2021.

7. The requested extension of time would have the effect of extending two upcoming deadlines by four weeks: the deadline to respond to the Complaint and the Initial Case Management Conference.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed February 22, 2021 in San Mateo, California.

                                                */s/ Alicia A. Baiardo*
                                                  Alicia A. Baiardo

## CERTIFICATE OF SERVICE

I, Alicia A. Baiardo, certify that on February 22, 2021, the foregoing document **DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

*/s/ Alicia A. Baiardo*
Alicia A. Baiardo