**BECK & LEE TRIAL LAWYERS**
JARED H. BECK (CA Bar No. 233743)
ELIZABETH LEE BECK (CA Bar No. 233742)
jared@beckandlee.com
elizabeth@beckandlee.com
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Tel:    305-234-2060
Fax:    786-664-3334

*Counsel for Plaintiff and the Putative Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNST VALERY, on Behalf of Himself, and All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A.,<br><br>　　　Defendants. | Case No: 3:20-cv-08874-VC<br><br>**DECLARATION OF ERNST VALERY IN SUPPORT OF MOTION TO DISQUALIFY MCGUIREWOODS, LLP**<br><br>Hearing Date:　　April 22, 2021<br>Time:　　　　　　2:00 p.m.<br>Courtroom:　　　4, 17th Floor<br>Judge:　　　　　Hon. Vince G. Chhabria |

I, Ernst Valery, hereby declare that:

1.      I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

2.      I am the named Plaintiff in this action.

3.      I am a real estate developer with a focus on affordable housing in underserved communities. I conduct my development and investment business largely through two separate entities: Ernst Valery Investment Corporation ("EVI") and SA+A Development ("SAA"). I own 100% of EVI, of which I am president and CEO. I own 51% of SAA, of which I am president and co-managing member. Both companies are closely held. SAA|EVI is a branded partnership between SAA and EVI, which have financed and developed approximately one billion dollars' worth of real estate throughout the United States since 2010.

4.      SAA|EVI is currently in the process of renovating a 496-unit affordable housing complex in Henrico County, Virginia, called St. Luke Apartments ("St. Luke").

5.      In connection with the St. Luke project, SAA|EVI retained McGuireWoods Consulting LLC to provide lobbying and coordinating services on March 5, 2018, and again on May 2, 2018 to provide lobbying services. True and correct copies of the letter agreements for these engagements are attached hereto as **Exhibit A** and **Exhibit B**, respectively. I signed both letters as did Mark Bowles, who I understand to be an attorney at McGuireWoods LLP ("McGuireWoods").

6.      SAA|EVI also paid McGuireWoods legal fees to serve as bond counsel for the St. Luke project, which is being financed with tax exempt bonds. Attached hereto as **Exhibit C** is a true and correct copy of the intstructions for the St. Luke project bond closing on October 29, 2019, which show, at line item 27, that $51,380.41 were paid out of the closing proceeds to McGuireWoods as legal fees.

7.      And on June 7, 2019, SAA|EVI retained McGuireWoods to serve as legal counsel in connection with the St. Luke project. A true and correct copy of the letter agreement for this engagement is attached hereto as **Exhibit D**. The letter is signed by the other co-managing member of SAA, David Alexander, who is also the CFO of EVI.

1       8.    McGuireWoods has never asked me, EVI, or SAA to waive any conflict in

2    connection with its representation of Wells Fargo in this action, nor would I have done so if

3    requested.  As part of its representation of SAA|EVI, McGuireWoods has acquired my

4    confidential financial information.

5       9.    Shortly after the incident at the Wells Fargo bank branch near my home described

6    in the complaint. I learned from a Wells Fargo banker that my attempted deposit had been

7    blocked by a bank employee known to be a racist.

8

9       I declare under penalty of perjury that the foregoing is true and correct. Executed on

10   March 16, 2021 in Yountville, California.

11

12                                  Ernst Valery