UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNST VALERY,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>        Defendants. | Case No. 20-cv-08874-VC<br><br>**ORDER DIRECTING REFILING OF DECLARATIONS AND EXHIBITS**<br><br>Re: Dkt. Nos. 20, 18, 13 |

    Wells Fargo is directed to refile the declarations and exhibits to its motion to transfer as well as its opposition to Valery's motion to disqualify (Dkt. Nos. 13, 18, and 20). Declarations—and each associated exhibit—must be filed as individual PDFs. Counsel for Wells Fargo should review Judge Chhabria's Civil Standing Order, which explains, "When filing motions on ECF, each motion, supporting declaration, and attachment to a declaration should be filed as a separate PDF. That is, a declaration must be filed separately from the motion, and each exhibit to a declaration shall be filed separately from the declaration and from the other exhibits." Standing Order for Civil Cases Before Judge Vince Chhabria ¶ 24.

    When refiling, the ECF file name of each document should include the name of the document and a brief description of the document. For example, the Customer Access Agreement (attached as Exhibit A to Fuller's Declaration at Docket No. 18) would be "Fuller Decl Exh A – Customer Access Agreement."

The declarations and exhibits must be properly filed by Monday, April 19, 2021, at 5:00 pm.

**IT IS SO ORDERED.**

Dated: April 16, 2021

VINCE CHHABRIA
United States District Judge