UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNST VALERY,

        Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

        Defendants.

Case No. 20-cv-08874-VC

**ORDER VACATING THE HEARING AND PERMITTING A SURREPLY**

Re: Dkt. No. 17

    Wells Fargo filed a motion to transfer this case to the Southern District of New York based on a deposit agreement that Valery allegedly received from a predecessor bank roughly 20 years ago—an agreement that did not contain a venue provision. But in its reply brief, Wells Fargo relied more heavily on a new and much stronger argument: that in recent years Valery received directly from Wells Fargo several new deposit agreements (agreements that he acknowledged) containing a venue provision. In particular, it appears that Valery received and acknowledged a new deposit agreement in October 2019—one that applied to all his accounts and superseded all prior agreements—which specified that any disputes must be litigated in New York courts. But because this argument (and the evidence supporting it) was presented for the first time on reply, Valery has not had an opportunity to respond. Accordingly, Valery may file a surreply not to exceed 5 pages, and any accompanying evidence, within 7 days of this order. This Thursday's hearing on both motions (the motion to transfer and the motion to disqualify counsel for Wells Fargo) is vacated. The Court will likely rule on the transfer motion on the papers, and it will do so before ruling on the motion to disqualify, because if the case truly belongs in the Southern District of New York, the motion to disqualify should be adjudicated there (particularly

since that motion may have merit and may require the court to take evidence).

**IT IS SO ORDERED.**

Dated: April 28, 2021

_____

VINCE CHHABRIA
United States District Judge