**BECK & LEE TRIAL LAWYERS**
JARED H. BECK (CA Bar No. 233743)
ELIZABETH LEE BECK (CA Bar No. 233742)
jared@beckandlee.com
elizabeth@beckandlee.com
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Tel:     305-234-2060
Fax:    786-664-3334

*Counsel for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNST VALERY, on Behalf of Himself, and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A.,<br><br>        Defendants. | Case No: 3:20-cv-08874-VC<br><br>[~~PROPOSED~~] **ORDER EXTENDING CERTAIN DEADLINES**<br><br>Hearing Date:    June 3, 2021<br>Time:                  2:00 p.m.<br>Courtroom:       4, 17th Floor<br>Judge:                Hon. Vince G. Chhabria |

- 2 -

**PURSUANT TO STIPULATION, IT IS SO ORDERED** the Stipulation entered into by the Parties is hereby adopted.

 1. Defendants' Motion to Dismiss Plaintiff's Complaint [D.E. 14] is hereby mooted.

 2. Plaintiff's deadline to respond to Defendants' Motion to Compel Arbitration [D.E. 16] is extended to May 6, 2021.

 3. Defendants' deadline to file their Reply to the foregoing is extended to May 27, 2021.

**IT IS SO ORDERED.**

Date: April 29, 2021

_____
Hon. Vince Chhabria
United States District Judge

