**BECK & LEE TRIAL LAWYERS**
JARED H. BECK (CA Bar No. 233743)
ELIZABETH LEE BECK (CA Bar No. 233742)
jared@beckandlee.com
elizabeth@beckandlee.com
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Tel:     305-234-2060
Fax:    786-664-3334

*Counsel for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNST VALERY, on Behalf of Himself, and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No: 3:20-cv-08874-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT** AND DENYING MOTION TO DISMISS AS MOOT<br>Judge:           Hon. Vince G. Chhabria |

The Court has considered Plaintiff Ernst Valery's ("Plaintiff's") Motion to Amend Complaint, all papers filed in support thereof, in opposition thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The aforesaid Motion to Amend Complaint is granted.

2. Plaintiff is hereby permitted to amend his complaint and file his amended complaint as a new docket entry by May 24, 2021. Wells Fargo's motion to dismiss (Dkt. No. 48) is denied as moot. A response to the amended complaint is due 14 days after Valery files it.

IT IS SO ORDERED.   The motion to transfer and the motion to compel arbitration remain pending.

DATED: _____May 21_____, 2021

_____
The Honorable Vince Chhabria
United States District J...

APPROVED
Judge Vince Chhabria