|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 12 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: ERNST VALERY.

_____

ERNST VALERY,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.,

        Real Parties in Interest.

No.   21-71181

D.C. No. 3:20-cv-08874-VC
Northern District of California,
San Francisco

ORDER

Before: SCHROEDER, TASHIMA, and HURWITZ, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b).  Accordingly, within 14 days after the date of this order, the real parties in interest shall file an answer.  The district court, within 14 days after the date of this order, may address the petition if it so desires.  The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court.  Petitioner may file a reply within 5 days after service of the answer(s).

2

The petition, answer(s), and any reply shall be referred to the next available motions panel. *See* 9th Cir. Gen. Ord. 3.3(f).

The Clerk shall serve this order on the district court and District Judge Vince Chhabria.