|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | OCT 15 2021 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: ERNST VALERY.

_____

ERNST VALERY,

          Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

          Respondent,

WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.,

          Real Parties in Interest.

No. 21-71181

D.C. No. 3:20-cv-08874-VC
Northern District of California,
San Francisco

ORDER

Before: McKEOWN, W. FLETCHER, and BYBEE, Circuit Judges.

    Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

    In view of this disposition, we need not address petitioner's motion for disqualification of counsel (Docket Entry No. 7) in this court.

    **DENIED.**