**McGUIREWOODS LLP**
David C. Powell (SBN 129781)
dpowell@mcguirewoods.com
Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MUNGER TOLLES & OLSON LLP**
David H. Fry
frydh@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415.512.4082
Facsimile: 415.699.6982

*Attorneys for Defendants*
*Wells Fargo & Company and Wells Fargo Bank N.A.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNST VALERY, on Behalf of Himself, and All Others Similarly Situated, | Case No.: 3:20-cv-08874-VC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| WELLS FARGO & COMPANY; and WELLS FARGO BANK, N.A., | Complaint Filed: December 14, 2020 |
| Defendants. | Hon. Vince G. Chhabria |

Plaintiff Ernst Valery ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (together, "Wells Fargo" or "Defendants") (collectively, the "Parties") hereby submit the following status report:

On June 21, 2021, this Court entered an Order Granting Wells Fargo's Motion to Transfer and directing the transfer of this case to the United States District Court for the Southern District of New York. ECF No. 70.

On June 22, 2021, Plaintiff filed an Administrative Motion for Leave to File a Motion for Reconsideration of the Order Granting Wells Fargo's Motion to Transfer, or in the alternative, to Stay the Transfer Order Pending Plaintiff's Filing of Petition for Writ of Mandamus with the U.S. Court of Appeals for the Ninth Circuit. *See* ECF No. 71.

On June 25, 2021, this Court entered Orders Denying the Motion for Leave to File a Motion for Reconsideration, Granting Plaintiff's Request for a Stay of the Transfer Order pending the filing of a Petition for Writ of Mandmus until August 24, 2021, and directing the Parties to file a Joint Status Report by August 17, 2021. See ECF Nos. 72, 73.

On July 16, 2021, Plaintiff filed his Petition for Writ of Mandamus ("Petition") with the U.S. Court of Appeals for the Ninth Circuit. *See In re: Ernst Valery*, No. 21-71181, ECF No. 1 (9th Cir. Jul. 16, 2021). Plaintiff's Petition sought the issuance of a writ of mandamus vacating this Court's transfer order. *See generally* Petition.

On August 17, 2021, the Parties filed a Joint Status Report requesting a continuation of the Stay pending a resolution of the Petition. ECF No. 76.

On August 20, 2021, the Court entered an Order continuing the Stay pending a ruling on the Petition by the Ninth Circuit and directing the Parties to submit a joint status report within 7 days of that decision. ECF No. 77.

On August 26, 2021, Wells Fargo filed an Answer to the Petition. *In re: Ernst Valery*, No. 21-71181, ECF No. 6 (9th Cir. Aug. 26, 2021).

| | |
|---|---|
| 1 | On October 15, 2021, the Ninth Circuit issued an Order denying the Petition, finding that |
| 2 | the extraordinary remedy of mandamus was not warranted. *In re: Ernst Valery*, No. 21-71181, ECF |
| 3 | No. 11 (9th Cir. Oct. 15, 2021). |
| 4 | Plaintiff intends to petition for a rehearing en banc of the Ninth Circuit's Order by the |
| 5 | deadline provided under Federal Rule of Appellate Procedure 35(c). In light of Plaintiff's intention |
| 6 | to petition for rehearing en banc and in the interest of judicial economy, Plaintiff respectfully |
| 7 | requests that this Court enter an order continuing the stay in this matter until the U.S. Court of |
| 8 | Appeals for the Ninth Circuit has ruled on Plaintiff's petition for rehearing en banc. |

| | | |
|---|---|---|
| 1 | DATED: October 22, 2021 | **McGUIREWOODS LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Alicia A. Baiardo* |
| | | David C. Powell |
| 5 | | Alicia A. Baiardo |
| | | McGuireWoods LLP |
| 6 | | Two Embarcadero Center, Suite 1300 |
| | | San Francisco, CA 94111-3821 |
| 7 | | Telephone: 415.844.9944 |
| | | Facsimile: 415.844.9922 |
| 8 | | |
| | | *Attorneys for Defendants Wells Fargo & Company* |
| 9 | | *and Wells Fargo Bank N.A.* |
| 10 | DATED: October 22, 2021 | **MUNGER TOLLES & OLSON LLP** |
| 11 | | |
| 12 | | |
| 13 | | By: */s/ David H. Fry* |
| | | David H. Fry |
| 14 | | frydh@mto.com |
| | | 560 Mission Street, 27th Floor |
| 15 | | San Francisco, CA 94105 |
| | | Telephone: 415.512.4082 |
| 16 | | Facsimile: 415.699.6982 |
| 17 | | *Attorneys for Defendants Wells Fargo & Company* |
| | | *and Wells Fargo Bank N.A.* |
| 18 | | |
| | DATED: October 22, 2021 | **BECK AND LEE TRIAL LAWYERS** |
| 19 | | |
| 20 | | |
| 21 | | By: */s/ Jared H. Beck* |
| | | Jared H. Beck |
| 22 | | Elizabeth Lee Beck |
| 23 | | *Attorneys for Plaintiff Ernst Valery* |

## ATTESTATION

In compliance with CAND ECF Policies and Procedures regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

Date: October 22, 2021                    **MCGUIREWOODS LLP**

By:/s/ *Alicia A. Baiardo*
    Alicia A. Baiardo

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank N.A.*

**CERTIFICATE OF SERVICE**

I, Alicia A. Baiardo, certify that on October 22, 2021, the foregoing document entitled **JOINT STATUS REPORT** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

                                            */s/ Alicia A. Baiardo*
                                              Alicia A. Baiardo